```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

_____

| | |
|---|---|
| **JARICA SUMLER,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 22-cv-2836-TLP-tmp |
| | ) |
| **LESAINT/TAGG LOGISTICS,** | ) |
| | ) |
|     Defendant. | ) |

_____

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**
_____

Before the court is defendant LeSaint/Tagg Logistics' Motion to Compel and for Sanctions, filed on June 26, 2025.[1] (ECF No. 30.) Defendant asserts that plaintiff Jarica Sumler failed to serve her initial disclosures by June 13, 2025, as required by Federal Rule of Civil Procedure 26(a)(1) and the court's scheduling order. (ECF No. 30-1 at PageID 94-95.) Pursuant to Local Rule 7.2, Sumler had until July 10, 2025 to file her response. See L.R. 7.2(a)(2). Sumler did not respond by that deadline, and to date, has not responded to defendant's motion.

Under Local Rule 7.2, "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management of all pretrial matters for determination or report and recommendation, as appropriate.

<u>Id.</u> Because Sumler has failed to respond, the undersigned hereby GRANTS defendant's Motion to Compel. Sumler is ORDERED, within seven days of the entry of this order, to serve defendant with her initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

LeSaint/Tagg Logistics additionally moves for an award of attorneys' fees pursuant to Federal Rule of Civil Procedure 37. Because the instant motion to compel is defendant's first notice to the court of Sumler's failure to make required disclosures, the court declines to assess costs and attorneys' fees against Sumler at this time. However, Sumler is warned that her continued failure to cooperate in discovery and comply with court orders could result in future sanctions, including attorneys' fees and/or the sanction of dismissal of her complaint with prejudice.

IT IS SO ORDERED.

<pre>
s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

July 18, 2025
Date
</pre>