IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JARICA SUMLER, "Jay", ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:22-cv-02836-TLP-tmp |
| v. ) | |
| ) | |
| LESAINT/TAGG LOGISTICS, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT
LESAINT/TAGG LOGISTICS' MOTION TO DISMISS**

Pro se Plaintiff Jarica Sumler, "Jay", sued Defendant LeSaint/Tagg Logistics in December 2022 alleging employment discrimination. (ECF No. 1.) Under Administrative Order No. 2013-05, this Court referred the case to Chief Magistrate Judge Tu M. Pham to manage all pretrial matters. LeSaint/Tagg Logistics moved to dismiss for failure to prosecute. (ECF No. 32.) Plaintiff did not respond. Judge Pham issued a Report and Recommendation ("R&R") in September 2025 recommending that the Court grant that motion. (ECF No. 33.) His R&R notified both parties that they had 14 days to object to the R&R.

In the R&R, Judge Pham recommends dismissing Plaintiff's Complaint for failure to prosecute because she failed to comply with discovery deadlines and other orders. (ECF Nos. 33.) For the reasons below, this Court **ADOPTS** the R&R.

**BACKGROUND AND THE R&R**

Plaintiff sued here in December 2022. (ECF No. 1.) And yet, as Judge Pham noted, the case was bogged down over discovery almost 3 years later. (ECF No. 33, PageID 113.) In June

and July 2025, Judge Pham held hearings and set deadlines for Plaintiff to submit initial disclosures. (*Id*.) Judge Pham even provided notice that the case could be dismissed if Plaintiff failed to comply with the order. (*Id*.) She failed to abide by those deadlines. So Defendants moved to dismiss. (*Id*.) Plaintiff did not respond, and Judge Pham entered the R&R recommending dismissal. (*Id*. at PageID 112–117.)

## LEGAL STANDARD

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters. 28 U.S.C. § 636(b)(1)(A)–(B). And "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). If the parties do not object, the district court reviews the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee notes. And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Judge Pham entered his R&R on September 16, 2025. Neither party objected, and the time to do so has now passed. The Court therefore reviews the R&R for clear error.

## DISPOSITION

Having reviewed the record, the Court finds no clear error in Judge Pham's R&R. In fact, the Court agrees with his well-reasoned analysis.

Start with Plaintiff's failure to communicate with counsel and to fulfill her discovery obligations. Judge Pham was patient here and gave Plaintiff many chances to fulfill her discovery obligations. But enough is enough. The Court agrees with Judge Pham that it should give warnings before dismissal. Judge Pham did so here. Plaintiff repeatedly ignored deadlines.

She has had many chances to correct her behavior but failed to do so.  Having found no clear error, the Court therefore **ADOPTS** the R&R's recommendation.

As a result, the Court **GRANTS** Defendants' Motion to Dismiss.

### **CONCLUSION**

The Court has reviewed Judge Pham's R&R and finds no clear error.  And so the Court **ADOPTS** the R&R's recommendation and **GRANTS** LeSaint/Tagg Logistics' Motion to Dismiss.  Accordingly, the Court **DISMISSES** Plaintiff's Claims against LeSaint/Tagg Logistics with prejudice.

**SO ORDERED**, this 3rd day of December, 2025.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE